MAXIMO PRUT, PLAINTIFF IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Hillsborough county.

No appearance for Plaintiff in Error.

*William B. Lamar, Attorney-General*, for the State.

The plaintiff in error was indicted for a criminal offense, and from a judgment of conviction takes writ of error.

Writ of error dismissed on motion of the Attorney-General.